U.S. DISTRICT COURT
FILED AT WHEELING, WV

NOV 2 0 2009

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

Dear your Honor Sir,

My name is Michael Wyson I
have a court date on December 1, 2009.
Sir as of today I would like a new
lawyer because my lawyer that I
have now is not representing me
properly. Since this case has started
he has not any positive feed back
he wants me to take a plea and
hasn't given me a good reason why
I should so if its not too late I
would really have another lawyer.
I apologize Sir for any
inconvenience this may have caused.

Sincerely, Michael Wyson